In the Matter of MICHAEL RAMSEY, Appellant, v FRANK

E. IRVIN, as Superintendent of Wende Correctional Facility, et al., Respondents. [608 NYS2d 898] —Motion to be relieved of abandonment and dismissal of appeal denied. Memorandum: Petitioner has failed to set forth facts "showing merit to the appeal" (22 NYCRR 1000.3 [b] [2] [i]). Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ. (Filed Dec. 10, 1993.)